UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Marissa Wankmueller,<br><br>                    Plaintiff,<br>     v.<br><br>Delanore, Kemper & Associates, L.L.C.,<br><br>                    Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.:  W-10-CA-071<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 26, 2010

                                                                      Respectfully submitted,
                                                                      By:   /s/ Diana P. Larson_____
                                                                      Diana P. Larson
                                                                      Texas Bar No. 24007799
                                                                      The Larson Law Office, PLLC
                                                                      440 Louisiana, Suite 900
                                                                      Houston, Texas  77002
                                                                      Telephone:  (713) 221-9088
                                                                      Facsimile:  (832) 415-9762
                                                                      Email:  diana@thelarsonlawoffice.com

                                                                      Of Counsel To:
                                                                      LEMBERG & ASSOCIATES L.L.C.
                                                                      A Connecticut Law Firm
                                                                      1100 Summer Street, 3rd Floor
                                                                      Stamford, CT 06905
                                                                      Telephone: (203) 653-2250
                                                                      Facsimile:  (877) 795-3666
                                                                      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By __/s/ Diana P. Larson_____

                                               Diana P. Larson