IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MARISSA WANKMUELLER,§<br>    Plaintiff, §<br>§<br>v.     §<br>§<br>DELANORE, KEMPER & §<br>ASSOCIATES, L.L.C., §<br>    Defendant. § | CIVIL ACTION NO. W-10-CV-071 |

### O R D E R

On this date the Court, *sua sponte,* considers this case. The parties filed a Notice of Settlement on August 26, 2010. On October 6. 2010, the Court issued a show cause order because the parties had failed to file their settlement papers as they had indicated they would. To-date, they have not responded to the Court's order nor have they filed their settlement papers. Accordingly, it is

**ORDERED** that this case is **DISMISSED** for failure to comply with the October 6, 2010 order of this Court.

**SIGNED** on this 25th day of January, 2011.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE